161 A.3d 759

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. SHAYNA
ZALCBERG, DEFENDANT–RESPONDENT.

March 9, 2017

ORDER

It is ORDERED that the motion for leave to appeal is granted;
and it is further

ORDERED that the appellant may serve and file a supplemental brief on or before May 8, 2017, and respondent may serve and file a supplemental brief forty-five days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before June 22, 2017.

161 A.3d 759

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. JOHN P. WARNOCK, DEFENDANT.

March 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001870–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.